

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2022

No. 04-22-00028-CR

Matthew **ROSE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW1910200
Honorable Lynn Ellison, Judge Presiding

## O R D E R

The trial court clerk's notification of late record, filed on April 6, 2022, is NOTED. We ORDER that the trial court cause the trial court clerk to file a supplemental clerk's record containing a certification of the defendant's right of appeal no later than April 29, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2022.

_____
Michael A. Cruz,
Clerk of Court